IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RODERICK SLY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-CV-00448-DGK |
| | ) | |
| DENIS MCDONOUGH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER STRIKING PLAINTIFF'S ADDITIONAL STATEMENT OF FACTS**

The parties are currently in the process of briefing summary judgment. In reviewing the docket, the Court noticed that Plaintiff's summary judgment briefing fails to comply with the Local Rules. Local Rule 56.1 requires that "[e]ach fact . . . be set forth in a separately numbered paragraph and supported in accordance with Fed. R. Civ. P. 56(c)." L.R. 56.1(a), 56.1(b)(2). In other words, each sentence that sets forth a fact must be in a separately numbered paragraph and must contain the record citations that support that fact and paragraph. The reason for this requirement is so the Court can easily refer to which precise facts or parts of a fact are being disputed and whether they are supported by the record. When several facts and sentences are listed in a single paragraph with all the record cites at the end of the last sentence, Defendant and the Court must laboriously sift through various record cites and sentences to determine what is truly disputed and supported. This adds a significant amount of time to the adjudication process.

Plaintiff's Additional Statement of Facts, ECF No. 21 at 11–21, fails to comply with this requirement because he routinely lists multiple facts and multiple sentences in a single numbered paragraph. Accordingly, Plaintiff's Additional Statement of Facts is STRICKEN. If Plaintiff

wishes to refile an Additional Statement of Facts, he shall do so within five (5) days of this Order. This deadline will not be extended, and any such statement shall strictly comply with the Local Rules. If Plaintiff fails to comply with this Order or the Local rules in any additional filings, the Court may strike those filings and/or dismiss this case under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Date:  October 7, 2025  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT