# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RODERICK SLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:24-cv-00448-DGK |
| | ) |
| DOUGLAS COLLINS, SECRETARY | ) |
| UNITED STATES DEPARTMENT OF | ) |
| VETERANS AFFAIRS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This is an employment discrimination case. Plaintiff alleges race, disability, sex, color, and age discrimination, hostile work environment, and retaliation. The case is currently at the summary judgment stage.

Defendant filed his Motion for Summary Judgment on August 11, 2025. ECF No. 18. Plaintiff filed his initial Opposition to Defendant's Statement of Facts, along with his own Statement of Additional Facts, on September 24, 2025. ECF No. 21. Plaintiff filed his Suggestions in Opposition to Summary Judgment on September 25, 2025. ECF No. 22. On October 7, 2025, the Court issued an Order Striking Plaintiff's Additional Statement of Facts, ECF No. 21 at 11–19, because it failed to comply with the Local Rules. ECF No. 25. The Court further ordered Plaintiff to refile the Additional Facts, if he wished to, in strict compliance with the Local Rules within five days of the Order. Plaintiff filed a Corrected Statement of Facts on October 14, 2025.

The Court found the Corrected Statement of Facts still failed to comply with the Court's orders and the Local Rules, so the Court stayed the case (ECF No. 27) and ordered Plaintiff's Counsel to show cause for why the Court should not sanction her by (1) striking Plaintiff's

summary judgment filings, (2) imposing monetary sanctions on Plaintiff's counsel, (3) reporting Plaintiff's counsel to the Missouri Bar, and/or (4) dismissing the case (ECF No. 28).  Plaintiff's counsel filed her response December 29, 2025.  ECF No. 30.

Counsel's response is misguided and does not adequately address the Court's show cause order.  Accordingly, the following non-compliant portions of Plaintiff's Corrected Statement of Additional Facts, ECF No. 26, are STRICKEN: paragraphs 2, 5–8, 16, 17, 19, and 20–47; paragraphs erroneously numbered 1 and 2 on page 17 of the Corrected Statement of Additional Facts, ECF No. 26, are also STRICKEN.

The Government is ORDERED to file its reply to Plaintiff's Suggestions in Opposition to Summary Judgment on or before January 26, 2026.

**IT IS SO ORDERED.**

Date:  January 9, 2026  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT